1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TYRELL T. BROWN,

11          Plaintiff,                    No. CIV S-11-0930 GGH P

12       vs.

13   PAULINO G. DURAN, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

18   required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity

19   either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or

20   to submit the appropriate filing fee.  In addition, plaintiff's purported "motion for an injunction,"

21   regarding claims in his yet-to-be-screened complaint against, inter alia, the public defender's

22   office for which plaintiff has failed to provide a filing fee or an appropriate in forma pauperis

23   affidavit will be vacated as premature.

24          In accordance with the above, IT IS HEREBY ORDERED that:

25          1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

26   in support of his request to proceed in forma pauperis on the form provided by the Clerk of

1

Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's April 6, 2011 (docket # 2), motion for an injunction is vacated as premature.

DATED: April 22, 2011

_____/s/ Gregory G. Hollows_____
UNITED STATES MAGISTRATE JUDGE

GG:009/md
brow0930.3a+

2